**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Chicago Journeymen Plumbers Union, Local 130, U.A. v. RPM Plumbing, LLC

Case Number: 26-cv-3991

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):  Todd A. Miller

Firm:    Allocco, Miller & Cahill, P.C.

Street address:    20 N. Wacker Drive, Suite 3517

City/State/Zip:    Chicago, Illinois 60606-2806

Bar ID Number:  6216561
(See item 3  in instructions)

Telephone Number: (312) 675-4325

Email Address: tam@alloccomiller.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/19/2026

Attorney signature:    S/Todd A. Miller
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023