Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's <u>Terms of Use</u> and <u>Privacy Policy</u>.

Hi. My name is Cathy.                                                                                      3:09 pm

Do you have any questions I can help with?                                          3:09 pm

Type your message here...                                                                                   Send

Case: 1:26-cv-03991 Document #: 15-1 Filed: 05/21/26 Page 2 of 17 PageID #:112

## Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's <u>Terms of Use</u> and <u>Privacy Policy</u>.

Hi. My name is Cathy.                                            3:09 pm

Do you have any questions I can help with?                       3:09 pm

Case: 1:26-cv-03991 Document #: 15-1 Filed: 05/21/26 Page 3 of 17 PageID #:113

Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.                                    3:09 pm

Do you have any questions I can help with?               3:09 pm

Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Case: 1:26-cv-03991 Document #: 15-1 Filed: 05/21/26 Page 4 of 17 PageID #:114

Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.                                          3:09 pm

Do you have any questions I can help with?                     3:09 pm

Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Support Staff, NTegrity Law

# Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's <u>Terms of Use</u> and <u>Privacy Policy</u>.

Hi. My name is Cathy. 3:09 pm

Do you have any questions I can help with? 3:09 pm

Live Chat Online

Support Staff, NTegrity Law

Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.                                              3:09 pm

Do you have any questions I can help with?                          3:09 pm

Live Chat Online

Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.                                                    3:09 pm

Do you have any questions I can help with?                              3:09 pm

Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Case: 1:26-cv-03991 Document #: 15-1 Filed: 05/21/26 Page 8 of 17 PageID #:118

Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.                                    3:09 pm

Do you have any questions I can help with?               3:09 pm

Live Chat Online

# Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.                                          3:09 pm

Do you have any questions I can help with?                    3:09 pm

Live Chat Online

Case: 1:26-cv-03991 Document #: 15-1 Filed: 05/21/26 Page 10 of 17 PageID #:120

## Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's <u>Terms of Use</u> and <u>Privacy Policy</u>.

Hi. My name is Cathy.                                3:09 pm

Do you have any questions I can help with?           3:09 pm

Live Chat Online

Case: 1:26-cv-03991 Document #: 15-1 Filed: 05/21/26 Page 11 of 17 PageID #:121

# Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's <u>Terms of Use</u> and <u>Privacy Policy</u>.

| | 3:09 pm |
|---|---|
| Hi. My name is Cathy. | |

| | 3:09 pm |
|---|---|
| Do you have any questions I can help with? | |

# Live Chat Online

Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.                                          3:09 pm

Do you have any questions I can help with?                    3:09 pm

Live Chat Online

# Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.                                    3:09 pm

Do you have any questions I can help with?               3:09 pm

Live Chat Online

Case: 1:26-cv-03991 Document #: 15-1 Filed: 05/21/26 Page 14 of 17 PageID #:124

# Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.

3:09 pm

Do you have any questions I can help with?

3:09 pm

Live Chat Online

Support Staff | NTegrity Law

## Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.

3:09 pm

Do you have any questions I can help with?

3:09 pm

Live Chat Online

## Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy.
3:09 pm

Do you have any questions I can help with?
3:09 pm

## Live Chat Online

# Live Chat Online

This transcript will be recorded by NTegrity Law and its affiliates. By using this chat, you agree to the firm's Terms of Use and Privacy Policy.

Hi. My name is Cathy. 3:09 pm

Do you have any questions I can help with? 3:09 pm