ilsos.gov (https://www.ilsos.gov/) **Official Website of the Illinois Secretary of State** Here's how you know ⌄

NOIS SECRETARY *of* STATE
ALEXI GIANNOULIAS (https://www.ilsos.gov/)
(https://www.ilsos.gov/)

Search Ilsos.gov... 🔍
(https://www.ilsos.gov/search/searchgoogle.html)

Driver's
👤 Licenses & ID ⌄
Cards

Vehicles,
🚗 Plates & ⌄
Titles

💼 Business ⌄
Services

More
⊞ Services ⌄

# Business Entity Search

## Choose a Search Method required

○ Business Name  ○ Registered Agent  ○ President  ○ Secretary

○ Manager  ○ Keyword  ○ Partial Word  ○ File Number

## Start a New Search required

Submit

### Filter by Entity

All

On a mobile device, swipe left or right to view the full data

Show 200 entries

Search:

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Status |
|---|---|---|---|
| 00271772 | LLC (MST) | DELUKE, L.L.C. | VOLUNTARY |
| 00590088 | LLC (MST) | DUNTON, LLC | INVOLUNTARY DISSOLUTION |
| 00705012 | LLC (MST) | D R AND SONS, LLC | INVOLUNTARY DISSOLUTION |
| 01140337 | LLC (MST) | PRAIRIE GRASS PROPERTIES, LLC | ACTIVE |
| 01140965 | LLC (MST) | PRAIRIE GRASS HOLDINGS, LLC | ACTIVE |
| 01176765 | LLC (MST) | JFPI, LLC | INVOLUNTARY DISSOLUTION |
| 01408453 | LLC (MST) | PLATINUM PARTNERS, LLC | ACTIVE |
| 01465228 | LLC (MST) | BEGLEY PARTNERS, LLC | INVOLUNTARY DISSOLUTION |
| 01484877 | LLC (MST) | 8808 REVERSE, LLC | INVOLUNTARY DISSOLUTION |
| 01499238 | LLC (MST) | NUDO INVESTMENT LLC | INVOLUNTARY DISSOLUTION |
| 01499246 | LLC (MST) | JLRT PROPERTIES, LLC | INVOLUNTARY DISSOLUTION |
| 01510304 | LLC (MST) | TCF GROUP, LLC | INVOLUNTARY DISSOLUTION |
| 01531727 | LLC (MST) | POWER INVESTMENT GROUP, LLC | INVOLUNTARY DISSOLUTION |
| 01744607 | LLC (MST) | DHATE STYLE, L.L.C. | INVOLUNTARY DISSOLUTION |

| File Number ↑ | Entity Type ↓ | Entity Name | ↓ | Entity Status |
|---|---|---|---|---|
| 01859854 | LLC (MST) | BAGAZINES, LLC | | INVOLUNTARY DISSOLUTION |
| 02060906 | LLC (MST) | NATIONWIDE R & D, LLC | | INVOLUNTARY DISSOLUTION |
| 02461404 | LLC (MST) | PRAIRIE GRASS 8420, LLC | | ACTIVE |
| 02641054 | LLC (MST) | 1775 ARMITAGE COURT, LLC | | ACTIVE |
| 03661563 | LLC (MST) | ZURICH HOLDINGS, LLC | | ACTIVE |
| 04350685 | LLC (MST) | PLATINUM PARTNERS II, LLC | | ACTIVE |
| 04794915 | LLC (MST) | DEFENSE TRAINING ACADEMY, LLC | | INVOLUNTARY DISSOLUTION |
| 05235952 | LLC (MST) | DFB DESIGNS LLC | | ACTIVE |
| 05457262 | LLC (MST) | LINA ABUJAMRA MD, LLC | | ACTIVE |
| 05686059 | LLC (MST) | HUTTON FAMILY FARMS, LLC | | INVOLUNTARY DISSOLUTION |
| 05748798 | LLC (MST) | ZABAVA EVENTS, LLC | | ACTIVE |
| 05914396 | LLC (MST) | SEALS MOVIE PROJECT, LLC | | INVOLUNTARY DISSOLUTION |
| 06189105 | LLC (MST) | BURKE LKJP LLC | | ACTIVE |
| 06664555 | LLC (MST) | ETHEREAL POWER, LLC | | INVOLUNTARY DISSOLUTION |

| File Number ↑ | Entity Type ↓ | Entity Name | ↓ | Entity Status |
|---|---|---|---|---|
| 06690688 | LLC (MST) | NTS GROUP LLC | | ACTIVE |
| 06742653 | LLC (MST) | CHRIS STEPHANOS, LLC | | ACTIVE |
| 07444982 | LLC (MST) | WEE GROUP LLC | | ACTIVE |
| 07530692 | LLC (MST) | BANNER PRESCHOOL SCHOOL, LLC | | INVOLUNTAR DISSOLUTIOI |
| 08042365 | LLC (MST) | WORDARROWS, LLC | | TERMINATED |
| 08083134 | LLC (MST) | JAX INSTALLATION GROUP, LLC | | ACTIVE |
| 08089558 | LLC (MST) | CYBERSECURITY ADVISORY PARTNERS, LLC | | ACTIVE |
| 08102813 | LLC (MST) | GET IT GIRL, LLC | | INVOLUNTAF DISSOLUTIOI |
| 08260133 | LLC (MST) | CLEAR VIEW OPTICAL II, LLC | | INVOLUNTAF DISSOLUTIOI |
| 08354073 | LLC (MST) | NTEGRITY LAW LLC | | ACTIVE |
| 08367205 | LLC (MST) | KAM INSTALLATION GROUP, LLC | | TERMINATED |
| 08367299 | LLC (MST) | KAM MOTOR GROUP, LLC | | INVOLUNTAF DISSOLUTIOI |
| 08512949 | LLC (MST) | JAMESTELLA, LLC | | INVOLUNTAF DISSOLUTIOI |
| 08882533 | LLC (MST) | LAV-AGGIO, LLC | | INVOLUNTAF DISSOLUTIOI |
| 09153349 | LLC (MST) | GROWING LEARNERS, LLC | | INVOLUNTAF DISSOLUTIOI |
| 09276041 | LLC (MST) | MAIDA KORTE DESIGNS, LLC | | ACTIVE |

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Status |
|---|---|---|---|
| 09279008 | LLC (MST) | RPM PLUMBING LLC | ACTIVE |
| 09337385 | LLC (MST) | CKR RENTAL, LLC | INVOLUNTARY DISSOLUTION |
| 09461698 | LLC (MST) | GLORIFYING VENTURES, LLC | ACTIVE |
| 09601198 | LLC (MST) | GLORIFYING ROUTE, LLC | TERMINATED |
| 09701737 | LLC (MST) | PLATINUM PARTNERS BARTLETT LLC | ACTIVE |
| 10008433 | LLC (MST) | EDH FILM GROUP LLC | ACTIVE |
| 10054273 | LLC (MST) | HEALTHY EYES, LLC | INVOLUNTARY DISSOLUTION |
| 10153018 | LLC (MST) | ADVANCED PRIORITY PROPERTIES LLC | INVOLUNTARY DISSOLUTION |
| 10391466 | LLC (MST) | JDEN LLC | INVOLUNTARY DISSOLUTION |
| 10419522 | LLC (MST) | KORE DANCE COMPETITION LLC | INVOLUNTARY DISSOLUTION |
| 10556252 | LLC (MST) | METALLUM FABRICATION, LLC | ACTIVE |
| 10568676 | LLC (MST) | HUEGEL BROTHERS, LLC | ACTIVE |
| 10926823 | LLC (MST) | ZITA HOME & OFFICE, LLC | ACTIVE |
| 11532438 | LLC (MST) | GMT GROUP, LLC | ACTIVE |

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Status |
|---|---|---|---|
| 11906966 | LLC (MST) | DIGITAL LEGACY IO LLC | ACTIVE |
| 12198213 | LLC (MST) | CREATIVE TERRAZZO PRODUCTS LLC | INVOLUNTARY DISSOLUTION |
| 12246978 | LLC (MST) | 3710 AGATITE LLC | ACTIVE |
| 12246994 | LLC (MST) | 3714 AGATITE LLC | ACTIVE |
| 12247028 | LLC (MST) | 3800 ARMITAGE LLC | ACTIVE |
| 12378025 | LLC (MST) | EVERYTHING COLLECTIBLE, LLC | INVOLUNTARY DISSOLUTION |
| 12497237 | LLC (MST) | IRG GLOBAL, LLC | INVOLUNTARY DISSOLUTION |
| 13000158 | LLC (MST) | 4101 DICKINSON LLC | INVOLUNTARY DISSOLUTION |
| 13249008 | LLC (MST) | PARV LLC | ACTIVE |
| 13795819 | LLC (MST) | SEALS AND STEINGARD HOME CARE SERVICES LLC | ACTIVE |
| 13922802 | LLC (MST) | GROOVE GARAGE LLC | ACTIVE |
| 14113215 | LLC (MST) | FRANCOIS TE LLC | ACTIVE |
| 14347003 | LLC (MST) | AX INTERNATIONAL LLC | TERMINATED |
| 14425756 | LLC (MST) | SCENTSOR, LLC | NGS |

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Status |
|---|---|---|---|
| 14604103 | LLC (MST) | NM7 INVESTMENT LLC | ACTIVE |
| 14621628 | LLC (MST) | FANTO LLC | INVOLUNTARY DISSOLUTION |
| 14843655 | LLC (MST) | REPCO SALES LLC | ACTIVE |
| 14884548 | LLC (MST) | ARCHER FAMILY ENTERPRISES LLC | TERMINATED |
| 15058978 | LLC (MST) | SOTO APARTMENTS II LLC | ACTIVE |
| 15369698 | LLC (MST) | NTEGRITY LAW LLC | TERMINATED |
| 15403578 | LLC (MST) | ACCESS ALL AREAS, LLC | ACTIVE |
| 15682728 | LLC (MST) | ZD WEALTH MANAGEMENT LLC | ACTIVE |
| 16149772 | LLC (MST) | SUMMIT SEEKER STRATEGIES LLC | ACTIVE |
| 16650145 | LLC (MST) | BAREFOOT DRUMMER LLC | ACTIVE |
| 16650153 | LLC (MST) | LINNEA SARDINA PHOTOGRAPHY LLC | ACTIVE |
| 16817333 | LLC (MST) | QUENTIN BURRELL, LLC | ACTIVE |
| 16838578 | LLC (MST) | DOLLI LLC | ACTIVE |
| 17050893 | LLC (MST) | SNAKE RIVER HOLDINGS LLC | ACTIVE |

Case: 1:26-cv-03991 Document #: 15-2 Filed: 05/21/26 Page 8 of 14 PageID #:135

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Status |
|---|---|---|---|
| 17184865 | LLC (MST) | NORTH EASTON, LLC | ACTIVE |
| 49565488 | CORP (MST) | REPCO ASSOCIATES, INC. | ACTIVE |
| 51741765 | CORP (MST) | SPECTRUM 4, LTD. | DISSOLVED |
| 52083435 | CORP (MST) | ROYAL G.T. AUTO PARTS, INC. | ACTIVE |
| 53229514 | CORP (MST) | PDJ, INC. | DISSOLVED |
| 53532454 | CORP (MST) | J. K. NEWCO, INC. | DISSOLVED |
| 54133677 | CORP (MST) | BARNES SCREW MACHINE PRODUCTS, INC. | DISSOLVED |
| 54401167 | CORP (MST) | NUDO, POTERACKI & ASSOCIATES, P.C. | ACTIVE |
| 55646201 | CORP (MST) | STERLING TOOL & DESIGN, INC. | ACTIVE |
| 55742707 | CORP (MST) | J.P. GOLDENNE INCORPORATED | ACTIVE |
| 56212655 | CORP (MST) | WIRING SYSTEMS INC. OF NORTHERN ILLINOIS | DISSOLVED |
| 56912347 | CORP (MST) | ASSOCIATION FOR CATHOLIC MUSIC EDUCATION, INCORPORATED | DISSOLVED |
| 57308575 | CORP (MST) | MANITOULIN TRANSPORT U.S. INC. | ACTIVE |
| 57676787 | CORP (MST) | LORCOR NURSERY, LTD. | DISSOLVED |

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Status |
|---|---|---|---|
| 57700068 | CORP (MST) | INVESTMENT ENTERPIRSE GROUP, LTD. | DISSOLVED |
| 57791543 | CORP (MST) | MIDWAY VALET PARKING, INC. | DISSOLVED |
| 57890797 | CORP (MST) | J.V. PARTNERS, LTD. | DISSOLVED |
| 57929413 | CORP (MST) | INDOOR AIR SPECIALISTS, INC. | DISSOLVED |
| 58043397 | CORP (MST) | THE ARMADILLO'S PILLOW, INC. | DISSOLVED |
| 58108987 | NFP (MST) | BULGARIAN CLUB, "BALKAN", INC. | DISSOLVED |
| 58219029 | CORP (MST) | CD ID PLUS, INC. | DISSOLVED |
| 58231576 | CORP (MST) | DATACODE SYSTEMS, INC. | DISSOLVED |
| 58720852 | CORP (MST) | BROKER'S TITLE NETWORK, INC. | DISSOLVED |
| 59286218 | CORP (MST) | CAPITAL DOOR, INC. | DISSOLVED |
| 59308416 | CORP (MST) | NEUMODE, INC. | DISSOLVED |
| 59613839 | CORP (MST) | TOHTZ COMPUTER CONSULTING, INC. | DISSOLVED |
| 59670735 | CORP (MST) | JOHANNES DESIGN, INC. | DISSOLVED |
| 59839187 | CORP (MST) | UNIVERSAL ELECTRONIC MARKETING, INC. | DISSOLVED |

| File Number ↑ | Entity Type ↓ | Entity Name | ↓ | Entity Status |
|---|---|---|---|---|
| 59850024 | CORP (MST) | PLATINUM CONVERTING, INC. | | ACTIVE |
| 59884654 | CORP (MST) | LEADERSHIP DYNAMICS RESOURCES, INC. | | DISSOLVED |
| 60137048 | CORP (MST) | DUST MIGHTS, INC. | | DISSOLVED |
| 60193088 | CORP (MST) | FOUNDATION CSDI, INC. | | DISSOLVED |
| 60395993 | CORP (MST) | MUSTANG SIGNS, INC. | | DISSOLVED |
| 60541477 | CORP (MST) | VJT CARPENTRY, INC. | | DISSOLVED |
| 60567417 | CORP (MST) | LANDMARK INVESTMENT AND FINANCIAL SERVICES, INC. | | DISSOLVED |
| 60623872 | CORP (MST) | IBART.COM, INC. | | DISSOLVED |
| 60728208 | CORP (MST) | GURSKEY ENTERPRISES, INC. | | DISSOLVED |
| 60851336 | CORP (MST) | MM COMPUTERS AND CONSULTING, INC. | | DISSOLVED |
| 60879125 | CORP (MST) | HALL PLUMBING, INC. | | DISSOLVED |
| 60894892 | NFP (MST) | FALCON LAKES HOMEOWNERS ASSOCIATION | | ACTIVE |
| 60949352 | CORP (MST) | TRUTHFUL BEGINNINGS, LTD. | | DISSOLVED |
| 61115552 | CORP (MST) | A HAVE A LOOK, INC. | | DISSOLVED |

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Status |
|---|---|---|---|
| 61147179 | CORP (MST) | HAVE A LOOK ENTERTAINMENT, INC. | DISSOLVED |
| 61425985 | CORP (MST) | VIRTUAL HOME THEATER, INC. | DISSOLVED |
| 61464794 | CORP (MST) | B & L HANDYWORKS, INC. | DISSOLVED |
| 61501118 | CORP (MST) | JUST JAMS, INC. | DISSOLVED |
| 61521186 | CORP (MST) | FOSTER'S TRUCK REPAIR, INC. | DISSOLVED |
| 61522719 | CORP (MST) | M'S GIFT BASKETS 4-U, LTD. | DISSOLVED |
| 61757171 | CORP (MST) | FACTS YOU SHOULD KNOW, INC. | DISSOLVED |
| 61863117 | CORP (MST) | NUDO'S INITIATIVE, INC. | ACTIVE |
| 61893628 | CORP (MST) | THE VIOLET GYPSY, INC. | DISSOLVED |
| 61913173 | CORP (MST) | 702 NORTH RIVER ROAD, INC. | ACTIVE |
| 62049707 | NFP (MST) | NORMAN PHILLIPS CHILDREN'S SUPPORT FOUNDATION | DISSOLVED |
| 62111771 | CORP (MST) | PROTOCOL NETWORK CONSULTING & TRAINING, INC. | DISSOLVED |
| 62584882 | CORP (MST) | NUDO'S GBOA, INC. | DISSOLVED |
| 62623047 | CORP (MST) | BATHROOM CRAFTERS COMMERCIAL, INC. | DISSOLVED |

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Status |
|---|---|---|---|
| 62625066 | NFP (MST) | SAUK TRAIL CONDOMINIUM ASSOCIATION | DISSOLVED |
| 62875739 | CORP (MST) | PANCOTTINE ENTERPRISES, INC. | DISSOLVED |
| 63303453 | CORP (MST) | JEFFREY JORDAN PHOTOGRAPHY, INC. | DISSOLVED |
| 63531251 | NFP (MST) | HARVEST BIBLE CHAPEL OF NILES | DISSOLVED |
| 63550418 | CORP (MST) | A BETTER BATH, INC. | DISSOLVED |
| 63574392 | CORP (MST) | AURORA BATH SOLUTIONS, INC. | DISSOLVED |
| 63696501 | CORP (MST) | CT SOLUTION, INC. | DISSOLVED |
| 63838152 | CORP (MST) | CB REWARDS, INC. | DISSOLVED |
| 63913847 | CORP (MST) | 1ST CHOICE PROFESSIONAL PAINTING, INC. | DISSOLVED |
| 64139789 | CORP (MST) | CJ DINNERS, INC. | DISSOLVED |
| 64576305 | CORP (MST) | PIANO - PIANO II, INC. | DISSOLVED |
| 64838857 | CORP (MST) | CHICAGO LASER SOLUTIONS, LTD. | DISSOLVED |
| 65036487 | CORP (MST) | MINTON REALTY, INC. | DISSOLVED |
| 65080729 | CORP (MST) | WHOLESALE BUYING GROUP, INC. | DISSOLVED |

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Status |
|---|---|---|---|
| 65101505 | CORP (MST) | TZ, INC. | DISSOLVED |
| 65803046 | NFP (MST) | MALIBU COVE HOMEOWNERS' ASSOCIATION | ACTIVE |
| 65839946 | CORP (MST) | MEMORY ETERNAL FUNERAL DIRECTORS, LTD. | ACTIVE |
| 66571084 | CORP (MST) | GENESIS FAMILY MIDWIFERY, INC. | DISSOLVED |
| 67810449 | CORP (MST) | AA INSTALLATION INC. | ACTIVE |
| 68176999 | NFP (MST) | LIVING WITH POWER MINISTRIES | ACTIVE |
| 68181402 | CORP (MST) | DREAMLIFE SKINCARE, INC. | ACTIVE |
| 69077676 | CORP (MST) | WORLD WIDE INTERNATIONAL LOGISTICS INC. | MERGED/CO |
| 69653456 | CORP (MST) | REAL DEAL ORGANIC, CO. | DISSOLVED |
| 70367742 | CORP (MST) | KAM UNLIMITED, INC. | ACTIVE |
| 70394804 | CORP (MST) | NATIONAL LOGISTICS SOLUTIONS, INC. | DISSOLVED |
| 70413671 | NFP (MST) | HARVEST BIBLE CHAPEL CHICAGO WEST | DISSOLVED |
| 70945827 | CORP (MST) | NOHAVA MARKETING, INC. | DISSOLVED |
| 70949156 | CORP (MST) | CHROMASPEC SYSTEMS INC. | ACTIVE |

| File Number ↑ | Entity Type ↓ | Entity Name ↓ | Entity Status |
|---|---|---|---|
| 71046508 | CORP (MST) | VNA57, INC. | DISSOLVED |
| 71398153 | NFP (MST) | CHURCH BUILDING MINISTRY | ACTIVE |
| 72213793 | NFP (MST) | PASTOR LANDON | ACTIVE |
| 72224434 | CORP (MST) | BASEMENT FLOOD PROTECTOR, USA, INC. | ACTIVE |
| 72527143 | NFP (MST) | BREWSTER CREEK LOGISTICS PARK PROPERTY OWNERS ASSOCIATON | ACTIVE |
| 73356083 | NFP (MST) | TOTS THERAPEUTIC CHILD CARE CENTER, NFP | ACTIVE |
| 73529441 | CORP (MST) | BUSINESS OFFICE SIGNAGE, INC. | DISSOLVED |
| 73834287 | NFP (MST) | ILLINOIS FOUNDATION FOR JUSTICE | DISSOLVED |
| 75086504 | NFP (MST) | LIVE FREE CHRISTIAN GROUP | ACTIVE |
| 75088523 | NFP (MST) | CHICAGO HUMMINGBIRD COMMUNITY | ACTIVE |

Showing 1 to 180 of 180 entries

Previous | 1 | Next

English