## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago Journeymen Plumbers Union, Local 130, U.A.

Plaintiff,

v.

Case No.: 1:26−cv−03991

Honorable LaShonda A. Hunt

RPM Plumbing, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 22, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: The Court appreciates Plaintiff's detailed supplement on service [15]. However, Defendant filed an appearance in the case on 5/19/26 [14]. Parties are ordered to meet and confer on next steps, including if Defendant seeks an extension of time to respond to the complaint, and include such details in the joint status report that remains due on 5/26/26 [8]. Plaintiff's motion for entry of default and default judgment [11] is terminated as moot but can be renewed if Defendant does not timely respond. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.