## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Chicago Journeymen Plumbers Union, Local 130, U.A.

Plaintiff,

v.

Case No.: 1:26−cv−03991

Honorable LaShonda A. Hunt

RPM Plumbing, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint status report []17], Defendant's response to the complaint is due by 6/17/26. Further case management dates will be set after Defendant responds. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.