**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO JOURNEYMEN PLUMBERS UNION, LOCAL 130, U.A., | ) ) ) | |
| *Plaintiff,* | ) ) ) | Case No.: 26-cv-3991 |
| *v.* | ) ) | |
| RPM PLUMBING, LLC, | ) ) | |
| *Defendant* | ) | |

**DECLARATION OF KYLE R. SULLIVAN IN SUPPORT OF PLAINTIFF'S**
**REQUEST FOR AN AWARD OF ATTORNEYS' FEES**

I, Kyle R. Sullivan, declare under penalty of perjury under 28 U.S.C. § 1746:

1.      I am over the age of 18 and competent to testify. I am one of the attorneys representing Plaintiff Chicago Journeymen Plumbers Union, Local 130, U.A. ("Local 130" or "the Union") in this action. I have personal knowledge of the facts stated in this Declaration. I make this Declaration in support of the Union's request for an award of attorneys' fees incurred in prosecuting this action.

2.      I am familiar with the time and work my firm has devoted to this action and with my firm's billing records for this matter, which are kept in the ordinary course of business and recorded contemporaneously with the work performed.

3.      My billing rate in this matter is $265.00 per hour. My hourly rate of $265.00 is reasonable and is at or below the prevailing market rate charged by attorneys of comparable skill, experience, and reputation for comparable labor and ERISA litigation in the Northern District of Illinois.

4.     From April 3, 2026, through the filing of the Union's Motion to Renew, I reasonably and necessarily expended 13.25 hours of attorney time prosecuting this action.

5.     The following table, taken from my firm's contemporaneous billing records, itemizes by date the activity performed, the time expended, my hourly rate, and the fees incurred in prosecuting this action:

| Date | Activity | Hours | Description | Fees |
|---|---|---|---|---|
| Apr 3, 2026 | File Review | 1.25 | Review JAB Decision & Award, CBA, and previous matter correspondence. Draft Complaint for breach of CBA and failure to abide by JAB decision & award. | $331.25 |
| Apr 9, 2026 | Edit | 0.75 | Medium editing to Complaint. Communicate with C. Anish at Union regarding receiving documents to attach as exhibits to Complaint. Prepare Rule 3.2 statement, civil cover sheet. | $198.75 |
| Apr 10, 2026 | Teleconference | 0.25 | Confer by phone with Local 130 Business Manager J. Coyne regarding lawsuit against RPM Plumbing, LLC. | $66.25 |
| Apr 10, 2026 | Edit | 0.50 | Light editing to complaint. Draft summons. File Complaint, civil cover sheet, Local Rule 3.2 statement, and summons. | $132.50 |
| Apr 27, 2026 | Draft | 1.25 | Draft motion for entry of default & default judgment (p. 1-8). Draft supporting declaration & notice of motion. | $331.25 |
| May 13, 2026 | Edit | 1.50 | Medium editing to default judgment motion and notice of motion. Prepare proposed order of judgment. Exchange correspondence with Court clerk regarding same. | $397.50 |
| May 14, 2026 | Legal Research | 0.75 | Research case law pertaining to whether a paralegal of a registered agent can accept service on behalf of a limited liability company. | $198.75 |
| May 18, 2026 | Draft | 1.00 | Draft supplemental brief in support of our motion for default judgment. | $265.00 |

| | | | | |
|---|---|---|---|---|
| May 20, 2026 | Edit | 1.00 | Edit supplemental brief in support of default judgment motion. Communicate with RPM's new attorney regarding default judgment and potential settlement. | $265.00 |
| May 21, 2026 | Teleconference | 0.50 | Communicate with Defendant's attorney regarding potential settlement and default judgment. Light editing to supplement to motion for default judgment. | $132.50 |
| May 26, 2026 | Draft | 1.00 | Draft initial joint status report. Communicate with Defendant's attorney regarding same. | $265.00 |
| Jun 17, 2026 | Draft | 1.50 | Draft motion to renew default judgment motion against RPM (p. 1-3). Draft accompanying notice of motion and proposed order. | $397.50 |
| June 24, 2026 | Draft | 2.00 | Finish drafting motion to renew default judgment motion. (p. 3-6). Draft attorneys' fee petition. | $530.00 |
| **Total** | | **13.25** | | **$3,511.25** |

6.      At my hourly rate of $265.00, the 13.25 hours reflected above result in $3,511.25 in attorneys' fees. A true and correct copy of my firm's contemporaneous billing records for this matter is attached as Exhibit 1.

7.      The fees reflected in those records were reasonably and necessarily incurred in prosecuting this action. The Union seeks an award of $3,511.25 in attorneys' fees.

Executed on June 24, 2026, at Chicago, Illinois.



_____
Kyle R. Sullivan

3