**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO JOURNEYMEN PLUMBERS UNION, LOCAL 130, U.A., | ) ) ) |
| *Plaintiff,* | ) ) |
| | ) Case No.: 26-cv-3991 |
| *v.* | ) ) |
| RPM PLUMBING, LLC, | ) ) ) |
| *Defendant* | ) |

**NOTICE OF MOTION**

TO:  Todd A. Miller
  Allocco, Miller & Cahill, P.C.
  20 N. Wacker Drive, Suite 3517
  Chicago, Illinois 60606
  tam@alloccomiller.com
  Counsel for Defendant RPM Plumbing, LLC

PLEASE TAKE NOTICE that on July 7, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable LaShonda A. Hunt, or any judge sitting in her stead, in Courtroom 1425 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion to Renew its Motion for Entry of Default and for Default Judgment, a copy of which is served upon you herewith.

Respectfully submitted,

**Chicago Journeymen Plumbers Union, Local 130, U.A.**

By: /s/ Kyle R. Sullivan
One of the attorneys for Plaintiff

Gregory W. Hose

Andrew S. Pigott
Kyle R. Sullivan (ARDC No. 6336828)
Gregorio, Stec, Klein & Hose, LLC
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343
ksullivan@gregoriolaw.com

## CERTIFICATE OF SERVICE

I, Kyle R. Sullivan, an attorney, certify that on June 24, 2026, I caused a true and correct copy of the foregoing Notice of Motion, Plaintiff's Motion to Renew its Motion for Entry of Default and for Default Judgment, to be served on counsel for Defendant RPM Plumbing, LLC through the Court's CM/ECF electronic filing system.

/s/ Kyle R. Sullivan
Kyle R. Sullivan