**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago Journeymen Plumbers Union, Local
130, U.A.

                                        Plaintiff,

v.                                                          Case No.: 1:26–cv–03991
                                                            Honorable LaShonda A.
                                                            Hunt

RPM Plumbing, LLC

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: In person motion
hearing held. Defendant failed to appear and failed to notify Chambers of any conflicts.
Plaintiff's renewed motion for default and default judgment [19] is granted in part as to the
request for entry of default. Plaintiff's motion is taken under advisement as to the request
for entry of a default judgment. Default is hereby entered as to Defendant RPM Plumbing.
Counsel for Plaintiff is ordered to submit a Word version of the proposed default
judgment order to the Court's proposed order inbox by 7/8/26. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.