## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Chicago Journeymen Plumbers Union, Local
130, U.A.

                                  Plaintiff,

v.

                                    Case No.: 1:26–cv–03991
                                    Honorable LaShonda A.
                                    Hunt

RPM Plumbing, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's renewed motion for default and default judgment [19] is now granted in full as set forth in the accompanying order. All deadlines and hearings are terminated as moot. Civil Case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.