**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHICAGO JOURNEYMEN PLUMBERS
UNION, LOCAL 130, U.A.,

    Plaintiff,

        v.

RPM PLUMBING, LLC,

    Defendant.

Case No. 26 C 3991

## **ORDER**

This matter is before the Court on Plaintiff's renewed motion for default and default judgment against Defendant RPM Plumbing, LLC (Dkt. 19). Plaintiff has shown that Defendant was served on April 13, 2026 (Dkts. 9, 15) and appeared through counsel (Dkt. 14) but then failed to timely plead or otherwise defend this action by June 17, 2026, as ordered (Dkt. 18). The Court held a hearing on July 7, 2026, Defendant failed to appear, and the Court entered default against Defendant and took Plaintiff's motion for default judgment under advisement (Dkt. 21). Having reviewed the entire record, including the complaint (Dkt. 1) and original motion for default and default judgment (Dkt. 11), the Court now grants Plaintiff's motion as follows.

IT IS ORDERED THAT:

1.      Plaintiff's renewed motion for default and default judgment (Dkt. 19) is granted.

2.      Pursuant to Federal Rule of Civil Procedure 55(a), default is entered against Defendant RPM Plumbing, LLC.

3.      Pursuant to Federal Rule of Civil Procedure 55(b)(2), default judgment is entered in favor of Plaintiff Chicago Journeymen Plumbers Union, Local 130, U.A. and against Defendant RPM Plumbing, LLC on Counts I and II of the Complaint.

1

4. The September 23, 2025 Decision and Award of the Joint Arbitration Board in Case No. 2025 JAB 010 is confirmed in its entirety.

5. Judgment is entered in favor of Plaintiff and against Defendant in the total amount of $186,271.88, representing $25,000.00 in accrued fines, $1,896.88 in attorneys' fees and costs assessed by the Joint Arbitration Board, and $159,375.00 in weekly fines accrued under the Award through June 24, 2026, plus all additional weekly fines of $3,750.00 that have accrued through the date of this Order.

6. Within thirty (30) days of entry of this Order, Defendant RPM Plumbing, LLC shall obtain and maintain the bond, two separate bonds, or irrevocable letter of credit required by Section 6.8 of the 2024-2028 Collective Bargaining Agreement between the Plumbing Contractors Association of Greater Chicago and Local 130, and shall provide written evidence of compliance to Plaintiff and to the Joint Arbitration Board.

7. Plaintiff is awarded its reasonable attorneys' fees and costs incurred in this action in the amount of $3,511.25, as set forth in the Declaration of Kyle R. Sullivan in Support of Plaintiff's Request for an Award of Attorneys' Fees.

8. Plaintiff is awarded pre-judgment and post-judgment interest as allowed by law.

**DATED**: July 13, 2026                              **ENTERED**:

LaShonda A. Hunt
LASHONDA A. HUNT
United States District Judge

2