# *United States District Court for the Northern District of Illinois*

Case Number: 1:26-cv-03991 Assigned/Issued By: EE

Judge Name: Hunt Designated Magistrate Judge: Fuentes

## FEE INFORMATION

***Amount Due:*** ☐ $405.00 ☐ $52.00 ☐ $5.00

☐ IFP ☐ No Fee ☐ Other ____________

☐ $605.00

Number of Service Copies ___________ Date: ______________________

(For Use by Fiscal Department Only)

Amount Paid: ___________________ Receipt #: __________________

Date Payment Rec'd: _____________ Fiscal Clerk: ________________

## ISSUANCES

☐ Summons

☐ Third Party Summons

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets

☐ Writ _______________________

(Type of Writ)

☐ Alias Summons

☐ Lis Pendens

☐ Abstract of Judgment

___________________________

___________________________

(Victim, Against and $ Amount)

1 Original and 0 copies on 8/25/2026 as to RPM Plumbing, LLC (No notice filed)

(Date)