**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO JOURNEYMEN PLUMBERS UNION, LOCAL 130, U.A., | ) | Case No.: 26-cv-3991 |
| Plaintiff, | ) | District Judge LaShonda A. Hunt |
| v. | ) | |
| RPM PLUMBING, LLC, | ) | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF THIRD-PARTY CITATIONS TO DISCOVER ASSETS**

TO:

Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
tam@alloccomiller.com
Counsel for Defendant RPM Plumbing, LLC

Steve M. Varhola
Nicole M. Newell
Lyman Law Firm
350 West Hubbard Street, Suite 630
Chicago, Illinois 60654
steve@lymanlawus.com
nicole@lymanlawus.com
Counsel for Lakeside Bank

First Independence Bank, as successor by purchase and assumption to Metropolitan Capital Bank & Trust
7310 Woodward Avenue, Suite 101
Detroit, Michigan 48202

PLEASE TAKE NOTICE that Plaintiff Chicago Journeymen Plumbers Union, Local 130, U.A. (the "Union"), as judgment creditor, voluntarily withdraws the following two third-party citations to discover assets, each issued in aid of the judgment entered against RPM Plumbing, LLC on July 13, 2026 (ECF No. 23):

1. The Third-Party Citation to Discover Assets directed to Lakeside Bank, 55 West Wacker Drive, Chicago, Illinois 60601, issued [October 2, 2026] and returnable October 28, 2026.

2. The Third-Party Citation to Discover Assets directed to First Independence Bank, as successor by purchase and assumption to Metropolitan Capital Bank & Trust,

7310 Woodward Avenue, Suite 101, Detroit, Michigan 48202, and its Chicago branch at 9 East Ontario Street, Chicago, Illinois 60611, issued [October 2, 2026] and returnable October 28, 2026.

Each citation is withdrawn with prejudice. On the filing of this notice, each citation proceeding is terminated and the restraining provision of each citation, imposed under 735 ILCS 5/2-1402(f)(1), is released. Lakeside Bank and First Independence Bank have no further obligation under the citations to appear, answer, produce documents, or withhold property of RPM Plumbing, LLC.

This withdrawal is limited to the two citations identified above. It does not affect the Citation to Discover Assets served on RPM Plumbing, LLC or any other proceeding to enforce the judgment, and the Union reserves all rights to pursue supplementary proceedings against any other person or property.

Respectfully submitted,

**Chicago Journeymen Plumbers Union,**
**Local 130, U.A.**

By: *<u>/s/ Kyle R. Sullivan</u>*
One of the attorneys for Plaintiff

Gregory W. Hosé
Andrew S. Pigott
Kyle R. Sullivan (ARDC No. 6336828)
Gregorio, Stec, Klein & Hosé, LLC
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343
ksullivan@gregoriolaw.com

## CERTIFICATE OF SERVICE

I certify that on November 5, 2026, I electronically filed this Notice of Withdrawal of Third-Party Citations to Discover Assets using the Court's CM/ECF system, which will send notice to Todd A. Miller, Allocco, Miller & Cahill, P.C., counsel of record for Defendant RPM Plumbing, LLC. I further certify that on the same day I caused a copy to be sent by email to Steve M. Varhola and Nicole M. Newell, Lyman Law Firm, counsel for Lakeside Bank, at steve@lymanlawus.com and nicole@lymanlawus.com. I caused a copy to be sent to First Independence Bank by United States certified mail, return receipt requested, and by first-class mail, postage prepaid, at 7310 Woodward Avenue, Suite 101, Detroit, Michigan 48202.

/s/ Kyle Sullivan

Kyle Sullivan